IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MITCHELL L. WILLIAMS
ADC #84270                                               PETITIONER

v.                       No. 5:13-cv-209-DPM-JTR

RAY HOBBS, Director, ADC                     RESPONDENT

ORDER

After *de novo* review, the Court adopts Magistrate Judge Ray's recommendation. № 18; FED. R. CIV. P. 72(b)(3). Williams's objections, № 19, are overruled. His claims are procedurally defaulted. The Court declines to stay the case while Williams returns to state court because no avenue exists for him to get relief there now on these claims. And no basis exists for a certificate of appealability. 28 U.S.C. § 2253(c)(1)-(2).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

15 December 2014