IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MITCHELL L. WILLIAMS
ADC #84270                                                          PETITIONER

v.                          No. 5:13-cv-209-DPM

RAY HOBBS, Director, ADC                                            RESPONDENT

## JUDGMENT

Williams's petition for writ of habeas corpus is dismissed with prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 December 2014