IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MITCHELL L. WILLIAMS
ADC #84270                                                                              PETITIONER

v.                                    No. 5:13-cv-209-DPM-JTR

RAY HOBBS, Director, ADC                                                 RESPONDENT

ORDER

    Williams's motion for a certificate of appealability, № 23, is denied for

the reasons previously explained. № 18 & 20.

    So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_15 January 2015_