IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MITCHELL L. WILLIAMS
ADC #84270                                                           PLAINTIFF

v.                          No. 5:13-cv-209-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                        RESPONDENT

## JUDGMENT

Motion, № 36, dismissed without prejudice for lack of jurisdiction.

_____
D.P. Marshall Jr.
United States District Judge

12 January 2016